# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DeShane A. McCaskey ,

    Plaintiff(s),

vs.

Jana Henry and
YMCA of Greater Charlotte

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-390

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2011 Order.

Signed: June 8, 2011

Frank G. Johns, Clerk
United States District Court